**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01312-CR

**RONNIE HALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-62208-T**

## ORDER

We **DENY AS MOOT** appellant's February 12, 2013 motion to extend the time for filing appellant's brief. This appeal was dismissed for want of jurisdiction on October 16, 2012. A petition for discretionary review is currently pending in the court of criminal appeals.

/s/      LANA MYERS
            JUSTICE